IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Wells Fargo Bank Indiana, N.A., | Case No. 3:07 CV 3174 |
|              Plaintiff, | MEMORANDUM OPINION AND ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Victoria Smith, et al., | |
|              Defendants. | |

The Court has reviewed the Report and Recommendation of the Magistrate Judge (Doc No. 36) filed October 21, 2008. Under the relevant statute (28 U.S.C. § 636(b)(1)(C) (1982)):

> Within ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, the ten-day period has elapsed and no objections have been filed. The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of issues covered in the report. *United States v. Sullivan*, 431 F.3d 976, 984 (2005).

The Court adopts the Magistrate Judge's Report and Recommendation (Doc. No. 36) granting the Motion for Summary Judgment / Default Judgment (Doc. No. 33) and approves the proposed Agreed Judgment Entry and Decree in Foreclosure / Judgment (Doc. No. 33-4) filed simultaneously with this Order.

IT IS SO ORDERED.

                                                                       s/ *Jack Zouhary*
                                                                        JACK ZOUHARY
                                                                        U. S. DISTRICT JUDGE

November 6, 2008